UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | Criminal Action |
| V. | ) | NO. 08-10251-JLT |
| | ) | |
| CAROLYN KRAVETZ, and | ) | |
| BORIS LEVITIN, | ) | |
| | ) | |
| Defendants. | ) | |

<u>ASSENTED-TO MOTION FOR LEAVE TO FILE REPLY BRIEF</u>

Defendant Boris Levitin, through his attorneys and pursuant to Local Rules 7.1(b)(3) and 112.1, hereby moves this Court for an Order permitting him to file a reply to the government's response to his motions to dismiss, sever and withhold the disclosure of previously issued subpoenas. In support of this Motion, Levitin states as follows:

1. Levitin filed pretrial motions on April 27, 2009.

2. On May 31, 2009, the government sought - and was granted - an extension of time in which to file its response to Levitin's motions, which was eventually filed on July 20, 2009.

3. Levitin believes that the Court would greatly benefit from additional briefing regarding several arguments raised by the government.

4. Due to an illness in the immediate family of Levitin's counsel, Jeffrey Lichtman, as well as co-counsel Marc Fernich's upcoming nuptials and extended honeymoon, AUSA Vassili Thomadakis has agreed to the reply being filed on or before September 23, 2009.

5. Levitin has also agreed to exclude speedy trial time between July 20, 2009 and September 23, 2009 in the interests of justice.

WHEREFORE, defendant Levitin respectfully requests that this Court grant his Motion for an Order permitting him to file a reply brief.

Dated:   New York, New York
         July 27, 2009

                                        Respectfully submitted,

                                        LAW OFFICES OF JEFFREY LICHTMAN

                            By:         _____
                                        JEFFREY LICHTMAN
                                        750 Lexington Avenue
                                        15th Floor
                                        New York, New York 10022
                                        (212) 581-1001


                                        LAW OFFICE OF MARC FERNICH

                            By:         _____

                                        MARC FERNICH
                                        152 W. 57th Street
                                        24th Floor
                                        New York, New York 10019
                                        (212) 446-2346

                                        *Attorneys for Defendant Boris Levitin*

cc:   Vassili Thomadakis, Esq. (By ECF)
      Assistant United States Attorney



So Ordered:

_____
Hon. Joseph L. Tauro, U.S.D.J.